created for the benefit of the conditional sales vendee. That right of redemption may be foreclosed as in the case of a chattel mortgage, as to which the right to redeem is established out of equitable principles. Furthermore, the Legislature has created a lien for the benefit of the conditional vendor, which may be foreclosed under the provisions of the Municipal Court Code, section 70.■ Such a right having been created, the Supreme Court, endowed with general jurisdiction in law and in equity (N. Y. Const. art. VI, § 1), has jurisdiction in an action in which such a lien is litigated. (*People ex rel. Swift* v. *Luce*, 204 N. Y. 478; *De Hart* v. *Hatch*, 3 Hun, 375.) Since such a lien exists, the Supreme Court has jurisdiction to entertain an action to foreclose the same, not only because of its equity powers but under section 206 of the Lien Law, and under section 207 of the Lien Law a warrant of seizure may be granted. Lazansky, P. J., Young, Kapper, Carswell and Scudder, JJ., concur.

KATIE COHEN, Appellant, v. FANNIE PORTNOY, Respondent.— Application denied, with ten dollars costs.

JACK MINKOWITZ, Respondent, v. MORRIS EINSTEIN, Appellant.— Application denied, with ten dollars costs.

ASSOCIATED SCREEN NEWS, INC., Respondent, v. WILLIAM K. HEDWIG, Appellant, and Others, Defendants.— Motion for reargument of motion to dismiss appeal denied, with ten dollars costs. Present — Lazansky, P. J., Hagarty, Carswell, Scudder and Tompkins, JJ.

THE BAY RIDGE DOCK Co., INC., and NORTHERN DOCK COMPANY, Respondents, v. UNITED DRY DOCKS, INCORPORATED, Appellant.— Motion for reargument denied. Present — Lazansky, P. J., Hagarty, Carswell, Scudder and Tompkins, JJ.

GEORGE T. CAULFIELD, Respondent, v. RICHARD FLAUTO, Appellant. JOSEPH WEIL and Another, Defendants.— Motion to vacate stay denied. Present — Lazansky, P. J., Hagarty, Carswell, Scudder and Tompkins, JJ.

ANTONIO GAETA, Respondent, v. JULIUS GARGANO and Others, Defendants. CONRAD SCHNEIDER, Appellant.— Motion for stay granted upon condition that appellant perfect the appeal for the January, 1931, term (for which term the case is set down) and be ready for argument when reached: otherwise, motion denied, with ten dollars costs. Present — Lazansky, P. J., Hagarty, Carswell, Scudder and Tompkins, JJ.

BENJAMIN GREENBAUM, Plaintiff, v. CLINTON MOTORS CORPORATION, a New York Corporation, Appellant, and Others, Defendants.— Motion for stay granted upon condition that appellant perfect the appeal for the January term (for which term the case is set down) and be ready for argument when reached; otherwise, motion denied, with ten dollars costs. Present — Lazansky, P. J., Hagarty, Carswell, Scudder and Tompkins, JJ.

WILLIAM P. W. HAFF, a Stockholder of the LONG ISLAND FUEL CORPORATION, etc., Appellant, v. LONG ISLAND FUEL CORPORATION and Others, Respondents.— Motion for leave to appeal to the Court of Appeals denied. Present — Lazansky, P. J., Hagarty, Carswell, Scudder and Tompkins, JJ.

MARY-JANE HUNGATE, Respondent, v. WILSON HUNGATE, Appellant.— Motion to dispense with printing certain papers recited in resettled order dated August